## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| Ricky Passmore,           ) | |
|                           ) | |
|    Plaintiff,    ) | Civil Action File No.: |
|                           ) | 1:23-cv-04877-AT-JKL |
| v.                        ) | |
|                           ) | |
| Experian Information Solutions, ) | |
| Inc.,                     ) | |
|    Defendant.    ) | |
|                           ) | |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff, Ricky Passmore, by and through undersigned counsel, hereby dismisses this action against Defendant, Experian Information Solutions, Inc., **with prejudice** pursuant to FED. R. CIV. P. 41(a)(1)(A)(i).

Respectfully submitted this 9th day of February, 2023.

                                                  **BERRY & ASSOCIATES**

                                                  */s/ Matthew T. Berry*
                                                  Matthew T. Berry
                                                  Georgia Bar No.: 055663
                                                  matt@mattberry.com
                                                  Telephone: (404) 235-3334
                                                  2751 Buford Highway, Suite 600
                                                  Atlanta, GA 30324

*/s/ Chris Armor*
Christopher N. Armor
Georgia Bar No.: 614061
P.O. Box 509
Londonderry, Vermont 05148
Ph. (651) 208-6441
Chris.armor@armorlaw.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on February 9, 2024, I caused the electronic filing of the foregoing document to be filed with the Clerk of the Court using the CM/ECF system, which will automatically send e-mail notifications of such filing to all attorneys of record that have appeared in this case. I also served a copy of the foregoing document on Experian Information Solutions, Inc., with adequate postage affixed thereto and addressed as follows:

Mike Krause
Experian Information Solutions, Inc.
c/o C T Corporation System
289 South Culver Street
Lawrenceville, Georgia 30046

**BERRY & ASSOCIATES**

*/s/ Matthew Berry*
Matthew Berry
Georgia Bar No.: 055663
2751 Buford Highway, Suite 600
Atlanta, GA 30324

*/s/ Chris Armor*
Christopher N. Armor
Georgia Bar No.: 614061
P.O. Box 509
Londonderry, Vermont 05148
Ph. (651) 208-6441
Chris.armor@armorlaw.com

*Counsel for Plaintiff*